No. 483. ANDERSON ET AL. *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Russell E. Parsons* for petitioners.

No. 484. BLAUNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Roberts P. Elam* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.

No. 487. DEHYDRATING PROCESS Co. *v.* A. O. SMITH CORP. C. A. 1st Cir. Certiorari denied. *James M. Malloy, Richard A. Sullivan* and *Ralph Warren Sullivan* for petitioner. *Warren F. Farr* and *William D. Andrews* for respondent.

No. 432. EMPIRE STATE HIGHWAY TRANSPORTATION ASSN., INC., *v.* UNITED STATES ET AL. Motion of American Export Lines, Inc., et al. to be named parties respondent granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *Herbert Burstein* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Robert E. Mitchell* and *Edward Aptaker* for the United States et al., and *Mark P. Schlefer* and *T. S. L. Perlman* for American Export Lines, Inc., et al., respondents.

No. 458. EMPIRE STATE EXPRESS, INC., *v.* TRUCK DRIVERS & HELPERS LOCAL UNION No. 728. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *W. Edward Swinson* for petitioner. *Edwin M. Pearce, William B. Paul* and *John S. Patton* for respondent.